JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| JEWELRY DESIGNS BY STEVEN, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON CONTROLS SECURITY SOLUTIONS, LLC, a Delaware limited liability company; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 8:24-cv-00146-MRA-KESx<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On January 10, 2025, the Court granted Defendant Johnson Controls Security Solutions, LLC's ("Johnson Controls") Motion for Summary Judgment as to Plaintiff Jewelry Designs by Steven's ("Jewelry Designs") Complaint. ECF 37.

Now, therefore, **IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment be entered in favor of Defendant Johnson Controls and against Plaintiff Jewelry Designs as follows: (1) the undisputed facts do not support a breach of contract claim by Jewelry Designs against Johnson Controls; (2) the undisputed facts do not support a negligence claim by Jewelry Designs against Johnson Controls; (3) the undisputed facts do not support a false advertising, misrepresentation or deceptive sales claim by Jewelry Designs against Johnson Controls; and (4) Jewelry Designs shall

1   have no recovery against defendant Jonson Controls.  Furthermore, each party is to bear its own costs
2   in this action.
3   **IT IS SO ORDERED.**
4
5   Dated: January 17, 2025

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE